UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARQUEZ AUSTIN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　　　　Defendant. | Old Case No. 1:22-cv-00388-AWI-BAK<br><br>New Case No. 1:22-cv-00388-JLT-BAK |
| ANN SAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMSON INTERNATIONAL, INCORPORATED,<br><br>　　　　　　　Defendant. | Old Case No. 1:22-cv-00387-DAD-BAK<br><br>New Case No. 1:22-cv-00387-JLT-BAK<br><br>ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE |

　　　Pursuant to Local Rule 123, the Court finds that the above-captioned actions are related under this Court's Local Rule 123 to the following matter: *Ashleigh Angelo, et al. v. Thomson International, Incorporated*, 1:21-cv-01609-JLT-BAK (SKO). The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. These actions are already assigned to the same magistrate judge. Assignment of the actions to the same district judge will promote convenience, efficiency and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely re-assigns a matter; no consolidation of cases is

affected.

Accordingly, the Court **ORDERS** that the above-captioned actions be re-assigned to the undersigned. All documents filed in the above matters shall include the new case number noted in the caption.

IT IS SO ORDERED.

Dated: **June 28, 2022**

_____
UNITED STATES DISTRICT JUDGE